James J. Tutchton (CA Bar No. 150908)
Environmental Law Clinic
University of Denver, Strum College of Law
2255 E. Evans Ave.
Denver, CO 80208
Telephone: (303) 871-7870
Facsimile: (303) 871-6991
Email: jtutchton@law.du.edu

Attorney for Plaintiffs, WildEarth Guardians, and
Rocky Mountain Clean Air Action

Joanne Spalding (CA Bar No. 169560)
Sierra Club
85 Second Street, Second Floor
San Francisco, CA 94105
Telephone: (415) 977-5725
Facsimile: (415) 977-5793
Email: joanne.spalding@sierraclub.org

Attorney for Plaintiff Sierra Club

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, WILDEARTH GUARDIANS, and ROCKY MOUNTAIN CLEAN AIR ACTION, <br><br> Plaintiffs, <br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, and DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, <br><br> Defendants. | Case No. <br><br> **CERTIFICAITON OF INTERESTED ENTITIES OR PERSONS** <br><br> (Administrative Procedure Act Case) |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

1

CERTIFICAITON OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| DATED: February 7, 2008 | Respectfully Submitted, |
| | _____ |
| | Joanne Spalding (CA Bar. No. 169560) |
| | Sierra Club |
| | 85 Second Street, Second Floor |
| | San Francisco, CA 94105 |
| | Telephone: (415) 977-5725 |
| | Facsimile: (415) 977-5793 |
| | Email: joanne.spalding@sierraclub.org |
| | |
| | Attorneys for Sierra Club |
| | |
| | _____ |
| | James J. Tutchton (CA Bar No. 150908) |
| | Environmental Law Clinic |
| | University of Denver, Sturm College of Law |
| | 2255 E. Evans Ave. |
| | Denver, CO 80208 |
| | Telephone: (303) 871-7870 |
| | Facsimile: (303) 871-6991 |
| | Email: jtutchton@law.du.edu |
| | |
| | Attorneys for WildEarth Guardians, and Rocky Mountain Clean Air Action |

2

CERTIFICAITON OF INTERESTED ENTITIES OR PERSONS