Clerk's Use Only
Initial for fee pd.:
_____

Robert Ukeiley
Staff Attorney, WildEarth Guardians
1536 Wynkoop Street, Suite 300
Denver, Colorado 80202
Tel:720-563-9306 Fax 303-573-1881 E-mail rukeiley@wildearthguardians.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sierra Club, WildEarth Guardians, &
Rocky Mountain Clean Air Action

Plaintiff(s),

v.

UNITED STATES DEPARTMENT OF
INTERIOR and DIRK KEMPTHORNE

Defendant(s).

CASE NO.

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Robert Ukeiley, an active member in good standing of the bar of Colorado, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing WildEarth Guardians and RMCAA in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Joanne Spalding, Sierra Club, 85 Second Street, Second Floor
San Francisco, CA 94105, Telephone: 415-977-5725

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/4/08