James J. Tutchton (CA Bar No. 150908)
Environmental Law Clinic
University of Denver, Strum College of Law
2255 E. Evans Ave.
Denver, CO 80208
Telephone: (303) 871-7870
Facsimile: (303) 871-6991
Email: jtutchton@law.du.edu

Attorney for Plaintiffs, WildEarth Guardians, and
Rocky Mountain Clean Air Action

Joanne Spalding (CA Bar No. 169560)
Sierra Club
85 Second Street, Second Floor
San Francisco, CA 94105
Telephone: (415) 977-5725
Facsimile: (415) 977-5793
Email: joanne.spalding@sierraclub.org

Attorney for Plaintiff Sierra Club

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB, WILDEARTH GUARDIANS, and ROCKY MOUNTAIN CLEAN AIR ACTION, <br><br>     Plaintiffs, <br>  v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, and DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, <br><br>     Defendants. | Case No. C 08-00850 VRW <br><br> **PROOF OF SERVICE** <br><br> (Administrative Procedure Act Case) |

**PROOF OF SERVICE**

I, Erin Brandt, certify and declare as follows:

I am over the age of 18 years old, and not a party to this action. My business address is 85 Second Street, 2nd Floor, San Francisco, CA 94105-3441, which is located in the county where the mailing described below took place.

On February 7, 2008, I served a copy of the following documents on the recipients listed below (service method included below):

- Civil Cover Sheet
- Complaint for Declaratory and Injunctive Relief
- Certification of Interested Entities or Persons
- Summons in a Civil Case sent to Dirk Kempthorne and the U.S. Department of the Interior
- Proc Hac Vice application for Robert Ukeiley and Proposed Order
- Order Setting Initial Case Management Conference and ADR Deadlines
- General Standing Order
- ECF Registration Information Handout
- U.S. District Court Guidelines re Filing Process

| *Via Hand Delivery*<br><br>Joseph P. Russoniello<br>U.S. Attorney<br>Northern District of California<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 | *Via U.S. Certified Mail*<br><br>Dirk Kempthorne<br>Secretary of the Interior<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington DC 20240 |
|---|---|
| *Via U.S. Certified Mail*<br><br>Michael Mukasey<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, D.C. 20530-0001 | *Via U.S. Certified Mail*<br><br>U.S. Department of the Interior<br>1849 C Street, N.W.<br>Washington DC 20240 |

1  I certify and declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct.

3

4  Executed on _February 8, 2008___,                    /s/Erin Brandt_____
5                                                       Erin Brandt