# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

| | |
|---|---|
| SIERRA CLUB, WILDEARTH GUARDIANS, ROCKY MOUNTAIN CLEAN AIR ACTION<br>                Plaintiffs,<br><br>V.<br><br>U.S. DEPARTMENT OF THE INTERIOR, and DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior    Defendants. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>**VRW**<br>**CV 08 0850** |

TO: (Name and address of defendant)

U.S. Department of the Interior
1849 C Street, N.W.
Washington DC 20240

*And the above Named Defendants*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James J. Tutchton (CA Bar No. 150908)
Environmental Law Clinic
University of Denver, Strum College of Law
2255 E. Evans Ave.
Denver, CO 80208

Joanne Spalding (CA Bar No. 169560)
Sierra Club
85 Second Street, Second Floor
San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within _60_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE February 7, 2008

HELEN L. ALMACEN

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  2/13/08 |
| Name of SERVER  Erin Brandt | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): US Postal Service, certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/13/08
Date

Signature of Server

85 Second St. 2nd Floor
San Francisco, CA 94105
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure