UNITED STATES DISTRICT COURT

Northern District of California

SIERRA CLUB, WILDEARTH GUARDIANS, & ROCKY MOUNTAIN CLEAN AIR ACTION

Plaintiff(s),

v.

U.S. DEPARTMENT OF THE INTERIOR & DIRK KEMPTHORNE

Defendant(s).
_____/

CASE NO.

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Robert Ukeiley , an active member in good standing of the bar of Colorado whose business address and telephone number (particular court to which applicant is admitted) is

WildEarth Guardians
1536 Wynkoop Street, Suite 300
Denver, Colorado 80202        Tel: 720-563-9306, Fax: 303-573-1881     ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing WildEarth Guardians and RMCAA.       .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February ___, 2008

_____
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California