RONALD J. TENPAS
  Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
DAVID B. GLAZER (D.C. 400966; MD)
  Natural Resources Section
  Environment and Natural Resources Division
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California 94105
  Telephone: (415) 744-6491
  Facsimile: (415) 744-6476
  E-mail: david.glazer@usdoj.gov

Attorneys for the Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB, WILDEARTH GUARDIANS, and ROCKY MOUNTAIN CLEAN AIR ACTION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE INTERIOR and DIRK KEMPTHORNE,<br><br>　　　　Defendants | No. C-08-0850 VRW<br><br>CERTIFICATE OF SERVICE OF DEFENDANTS' ANSWER TO THE COMPLAINT<br><br><br><br>Hon. Vaughn R. Walker |

*Sierra Club, et al. v. U.S. Dep't of the Interior, et al.*, No. C-08-0850 VRW
Certificate of Service of Defendants' Answer to the Complaint

1. I hereby certify that I have served the defendants' Answer to the Complaint [Dkt. #9],
2. together with this Certificate of Service, to the following counsel by U.S. Mail, first-class
3. postage prepaid, and by electronic transmission:

Robert Ukeiley
WildEarth Gardians
1536 Wynkoop Street
Suite 300
Denver, CO 80202
rukeiley@wildearthguardians.org

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: April 11, 2008

/s/David B. Glazer
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone:   (415) 744-6491
Facsimile:    (415) 744-6476
E-mail:  david.glazer@usdoj.gov

*Sierra Club, et al. v. U.S. Dep't of the Interior, et al.*, No. C-08-0850 VRW
Certificate of Service of Defendants' Answer to the Complaint                                                1