UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                              Plaintiff(s),

     v.

                             Defendant(s).
_____/

Case No.

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                                                                   _____
                                                                                                                                                         [Party]

Dated: _____                                                                 _____
                                                                                                                                                       [Counsel]

ATTORNEY ATTESTATION OF CONCURRENCE

     I hereby attest that, on April 25, 2008, I obtained concurrence in this filing for the signature of Ray Brady indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated: April 25, 2008

/s/DAVID B. GLAZER
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Telephone: (415) 744-6491
Facsimile: (415) 744-6476
E-mail: david.glazer@usdoj.gov