IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, WILDEARTH GUARDIANS, and ROCKY MOUNTAIN CLEAN AIR ACTION,<br><br>    Plaintiffs,<br><br>    v<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR and DIRK KEMPTHORNE,<br><br>    Defendants.<br>_____/ | No   C 08-0850 VRW<br><br>ORDER |

    For reasons discussed on the record at the hearing herein on August 28, 2008, this case is DISMISSED pursuant to FRCP 41(a)(2).

    IT IS SO ORDERED.

/s/ Vaughn R Walker

VAUGHN R WALKER
United States District Chief Judge