UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

VAUGHN R. WALKER
United States District Chief Judge

**DATE:** August 28, 2008

**COURTROOM DEPUTY:** Cora Klein        **Court Reporter:** Kelly Bryce

**CASE NO.** C 08-0850 VRW

**TITLE:** SIERRA CLUB et al v U.S. DEPARTMENT OF THE INTERIOR

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Robert Ukeiley, Kristin Henry | David Glazer |

**PROCEEDINGS:** 1. Def's motion for judgment on the pleadings.
2.

**RESULTS:** The Court heard argument from counsel.
The Court submitted the matter
The court to issue written ruling.